*Nathan D. Lapham, District Attorney,* for appellant.
*R. J. Shanahan* and *James C. D'Aprile* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JOHN F. CARROLL, Appellant, *v.* THE CITY OF NEW
YORK, Respondent.

*Negligence — streets — New York city — injury from fall on icy side-
walk — complaint dismissed.*

*Carroll* v. *City of New York,* 215 App. Div. 710, affirmed.

(Argued November 24, 1926; decided December 31, 1926.)

APPEAL from a judgment, entered December 15, 1925,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint in an action to
recover for personal injuries alleged to have been sustained
through the negligence of defendant. Plaintiff, while
walking on the sidewalk of Ryer avenue near One Hundred
and Eighty-first street, borough of The Bronx, slipped
on ice that had accumulated thereon, fell and received
the injuries complained of.

*William J. Hogan, Leonard F. Fish* and *Thomas J.
O'Neill* for appellant.

*George P. Nicholson, Corporation Counsel (John F.
O'Brien, Willard S. Allen* and *Charles C. Marrin* of
counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.